**Shantelle FORD, Appellee**

v.

**DISTRICT OF COLUMBIA, Appellee**

**John Paprcka and James T. Bovino, Appellants**

No. 16-7114
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed On: March 29, 2017

**1:13-cv-01960-RMC**

. John F. Pressley, Jr., Esquire, Attorney, Law Office of John F. Pressley, Jr., Washington, DC, Carl James Schifferle, Assistant Attorney General, Office of the Attorney General, District of Columbia, Office of the Solicitor General, Washington, DC, for Plaintiff-Appellee

Loren L. AliKhan, Deputy Solicitor General, Office of the Attorney General, District of Columbia, Office of the Solicitor General, Washington, DC, for Defendant-Appellee District of Columbia

Todd Sunhwae Kim, Solicitor General, Carl James Schifferle, Assistant Attorney General, Office of the Attorney General, District of Columbia, Office of the Solicitor General, Washington, DC, for Defendants-Appellants John Paprcka, James T. Bovino

**ORDER**

Upon consideration of appellants' consent motion for voluntary dismissal of their appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.